**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **VALARIA GARNETT,** | ) | **NO. CV 14-3223-JAK (KS)** |
| **Petitioner,** | ) | |
| v. | ) | **JUDGMENT** |
| **D.K. JOHNSON, Warden,** | ) | |
| **Respondent.** | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 1/20/16

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1